**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 22-52640-SMS** |
| | ) | |
| **DANIELLE CHANISE HARDEMAN,** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS INTO REGISTRY OF COURT**

Neil C. Gordon, the Trustee of the named estate, hereby shows the following:

1.      In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $21,927.72, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et seq.*

2.      Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

| **Name and Last Known Addresses** | **Amount** |
|---|---|
| Danielle Chanise Hardeman<br>2635 Springside Court<br>Douglasville, GA 30135 | $21,927.72 |

*/s/ Neil C. Gordon*
Neil C. Gordon, Chapter 7 Trustee
State Bar No. 302387

1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(404) 640-5917
ngordon@taylorenglish.com

02970269-1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Deposit of Unclaimed Funds into Registry of Court was sent correctly addressed with proper postage by First Class U. S. Mail to the following:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Danielle Chanise Hardeman
2635 Springside Court
Douglasville, GA 30135

This 18th day of April, 2025.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee
State Bar No. 302387

02970269-1